Official Form 1 (04/10)

**United States Bankruptcy Court**
NORTHERN DISTRICT OF ILLINOIS

**Voluntary Petition**

| Debtor | Joint Debtor |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): Shack, Jonathan | Name of Joint Debtor (Spouse)(Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): NONE | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): 3966 | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State): 812 North Boulevard, Unit 201, Oak Park, IL — ZIPCODE 60301 | Street Address of Joint Debtor (No. & Street, City, and State): — ZIPCODE |
| County of Residence or of the Principal Place of Business: Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): SAME — ZIPCODE | Mailing Address of Joint Debtor (if different from street address): — ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above): SAME — ZIPCODE

**Type of Debtor** (Form of organization) (Check one box.)

- ☒ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (if debtor is not one of the above entities, check this box and state type of entity below

**Nature of Business** (Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other Real Estate

**Tax-Exempt Entity** (Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors:**

**Check one box:**

- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

**Check all applicable boxes:**

- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☒ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☒ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☒ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): *Jonathan Shack* | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: *NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: *NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐ Exhibit A is attached and made a part of this petition

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).

X ______________________________ *8/29/2011*

Signature of Attorney for Debtor(s) Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

______________________________
(Name of landlord that obtained judgment)

______________________________
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**Voluntary Petition**

*(This page must be completed and filed in every case)*

Name of Debtor(s):

Jonathan Shack

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ______________________
Signature of Debtor

X ______________________
Signature of Joint Debtor

______________________
Telephone Number (if not represented by attorney)

8/29/2011
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X ______________________
(Signature of Foreign Representative)

______________________
(Printed name of Foreign Representative)

______________________
(Date)

**Signature of Attorney***

X ______________________
Signature of Attorney for Debtor(s)

Richard H. Fimoff 804886
Printed Name of Attorney for Debtor(s)

Robbins, Salomon & Patt, Ltd.
Firm Name

25 East Washington Street
Address

Suite 1000

Chicago, IL 60602

312-782-9000
Telephone Number

8/29/2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

______________________
Printed Name and title, if any, of Bankruptcy Petition Preparer

______________________
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

______________________
Address

X ______________________

______________________
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ______________________
Signature of Authorized Individual

______________________
Printed Name of Authorized Individual

______________________
Title of Authorized Individual

______________________
Date

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re Jonathan Shack

Case No. (if known)

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.
*[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applcable statement]* *[Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: ______________________

Date: 8/29/2011

FORM B6A (Official Form 6A) (12/07)

In re *Jonathan Shack*, Debtor(s)

Case No. ______ (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *None* | | | | *None* |
| | | **TOTAL $** (Report also on Summary of Schedules.) | *0.00* | |

No continuation sheets attached

B6B (Official Form 6B) (12/07)

In re *Jonathan Shack*, Debtor(s)

Case No. ______ (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash<br>Location: In debtor's possession | | $ 50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account<br>Location: In debtor's possession | | $ 400.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Furniture and miscellaneous household goods<br>Location: In debtor's possession | | $ 500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothes<br>Location: Apartment | | $ 350.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Treadmill<br>Location: 538 Byrd Road, Riverside, IL | | $ 50.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. | X | | | |

B6B (Official Form 6B) (12/07)

In re *Jonathan Shack*, Debtor(s)

Case No. ____________ (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | *American Fund Simp IRA*<br>*Location: In debtor's possession* | | *$ 34,361.01* |
| | | *Charles Schwab IRA*<br>*Location: In debtor's possession* | | *$ 11,966.57* |
| | | *Franklin Templeton Fund*<br>*Location: In debtor's possession* | | *$ 566.12* |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | *Clarence & Roosevelt, LLC*<br>*50% ownership*<br>*Location: In debtor's possession* | | *Unknown* |
| | | *Cornerstone Development Partners, LLC*<br>*50% ownership*<br>*Location: In debtor's possession* | | *Unknown* |
| | | *Garden Grove Townhome Association*<br>*Location: In debtor's possession* | | *Unknown* |
| | | *Grove & Roosevelt, LLC*<br>*50% ownership*<br>*Location: In debtor's possession* | | *Unknown* |
| | | *Home & South, LLC*<br>*50% ownership*<br>*Location: In debtor's possession* | | *Unknown* |
| | | *Homeroom, Inc.*<br>*50% ownership*<br>*Location: In debtor's possession* | | *Unknown* |

B6B (Official Form 6B) (12/07)

In re *Jonathan Shack* , Debtor(s)

Case No. ______ (if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, In Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | *Homescape Builders, Inc.*<br>*50% ownership*<br>*Location: In debtor's possession* | | *Unknown* |
| | | *Homescape Designs, Inc.*<br>*50% ownership*<br>*Location: In debtor's possession* | | *Unknown* |
| | | *Homescape Kitchen & Custom Cabinetry, Inc.*<br>*50% ownership*<br>*Location: In debtor's possession* | | *Unknown* |
| | | *Inner Circle Contracting*<br>*50% ownership*<br>*Location: In debtor's possession* | | *Unknown* |
| | | *JCS Construction*<br>*50% ownership*<br>*Location: In debtor's possession* | | *Unknown* |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of | X | | | |

B6B (Official Form 6B) (12/07)

In re *Jonathan Shack*, Debtor(s)

Case No. ______ (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| each. | | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **Total →** | $ 48,243.70 |

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6C (Official Form 6C) (04/10)

In re *Jonathan Shack*, Debtor(s)

Case No. ____________ (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b) (2)
☒ 11 U.S.C. § 522(b) (3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *Metropolitan Bank checking account* | *735 ILCS 5/12-1001(b)* | *$ 400.00* | *$ 400.00* |
| *Clothes* | *735 ILCS 5/12-1001(a)* | *$ 350.00* | *$ 350.00* |
| *Treadmill* | *735 ILCS 5/12-1001(b)* | *$ 50.00* | *$ 50.00* |
| *American Fund Simp IRA* | *735 ILCS 5/12-1006* | *$ 34,361.01* | *$ 34,361.01* |
| *Charles Schwab IRA* | *735 ILCS 5/12-1006* | *$ 11,966.57* | *$ 11,966.57* |
| *Franklin Templeton Fund* | *735 ILCS 5/12-1006* | *$ 566.12* | *$ 566.12* |
| *Clarence & Roosevelt, LLC* | *735 ILCS 5/12-1001(b)* | *$ 0.00* | *Unknown* |
| *Cornerstone Development Partners, LLC* | *735 ILCS 5/12-1001(b)* | *$ 0.00* | *Unknown* |
| *Garden Grove Townhome Association* | *735 ILCS 5/12-1001(b)* | *$ 0.00* | *Unknown* |
| *Grove & Roosevelt, LLC* | *735 ILCS 5/12-1001(b)* | *$ 0.00* | *Unknown* |
| *Home & South, LLC* | *735 ILCS 5/12-1001(b)* | *$ 0.00* | *Unknown* |
| *Homeroom, Inc.* | *735 ILCS 5/12-1001(b)* | *$ 0.00* | *Unknown* |
| *Homescape Builders, Inc.* | *735 ILCS 5/12-1001(b)* | *$ 0.00* | *Unknown* |
| *Homescape Designs, Inc.* | *735 ILCS 5/12-1001(b)* | *$ 0.00* | *Unknown* |
| *Homescape Kitchen & Custom Cabinetry, Inc.* | *735 ILCS 5/12-1001(b)* | *$ 0.00* | *Unknown* |

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6C (Official Form 6C) (04/10)

In re *Jonathan Shack*, Debtor(s)

Case No. ______ (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

(Continuation Sheet)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *Inner Circle Contracting* | *735 ILCS 5/12-1001(b)* | *$ 0.00* | *Unknown* |
| *JCS Construction* | *735 ILCS 5/12-1001(b)* | *$ 0.00* | *Unknown* |

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re Jonathan Shack, Debtor(s)

Case No. ______ (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount o[...] f Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last shee[...] the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" [...] and, if the debtor is an individual with primarily consumer debts, report the total from the c[...] if Any" on the Statistical Summary of Certain

Schedule A

☒ Check this box if debtor has no creditors holding secure[...]

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | H--H[...] W--W[...] J--Jo[...] C--Community | Dat[...] of L[...] Val[...] | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account No: | | | Value: | | | | | |
| Account No: | | | Value: | | | | | |
| Account No: | | | Value: | | | | | |
| No continuation sheets attached | | | | | | Subtotal $ (Total of this page) | $ 0.00 | $ 0.00 |
| | | | | | | Total $ (Use only on last page) | $ 0.00 | $ 0.00 |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (04/10)

In re *Jonathan Shack*, Debtor(s) — Case No.__________ (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**No continuation sheets attached**

B6F (Official Form 6F) (12/07)

In re *Jonathan Shack* , Debtor(s)    Case No. ______________ (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1<br>OBX Trading LLC<br>1509 Franklin Avenue<br>River Forest IL 60305 | X | | 5/2008<br>debt of corporation<br>investor Home & South, LLC | | | X | $ 300,000.00 |
| Account No: 3008<br>Creditor # : 2<br>American Express<br>P.O. Box 0001<br>Los Angeles CA 90096 | | | 8/1/2009<br>Credit Card Purchases | | | | $ 5,509.79 |
| Account No: 100A<br>Creditor # : 3<br>Aronberg Goldegehn<br>330 N. Wabash Avenue<br>Suite 1700<br>Chicago IL 60611 | X | | 3/2010<br>Development of Berwyn Affordable | | | X | $ 829.50 |
| Account No: 3281<br>Creditor # : 4<br>AT&T Mobility<br>P.O. Box 6463<br>Carol Stream IL 60197 | | | 4/2011<br>Telecom services | | | | $ 528.73 |

7 continuation sheets attached

| | |
|---|---|
| Subtotal $ | $ 306,868.02 |
| Total $ (Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related | |

B6F (Official Form 6F) (12/07) - Cont.

In re *Jonathan Shack*, Case No. ______ (if known)
Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 0002<br>Creditor # : 5<br>Bryce Downey & Lenkev LLC<br>200 North LaSalle Street<br>Suite 2700<br>Chicago IL 60601 | X | | 2010<br>Legal Bills | | | X | $ 9,947.00 |
| Account No: 5160<br>Creditor # : 6<br>Capital One Bank (USA) NA<br>P. O. Box 6492<br>Carol Stream IL 60197 | | | Credit Card Purchases | | | | $ 7,259.12 |
| Account No: 4003<br>Creditor # : 7<br>Chase Bank USA, N. A.<br>P. O. Box 9001022<br>Louisville KY 40290 | X | | 9/2006<br>Business line of credit | | | | $ 99,843.28 |
| Account No: 9551<br>Creditor # : 8<br>Chase Card Services<br>P. O. Box 15153<br>Wilmington DE 19886 | | | 8/2000<br>Credit Card Purchases | | | | $ 12,873.93 |
| Account No: 2266<br>Creditor # : 9<br>Chase Card Services<br>P.O. Box 15153<br>Wilmington DE 19886 | | | 6/2006<br>Credit Card Purchases | | | | $ 46,243.53 |
| Account No: 9856<br>Creditor # : 10<br>Chase Card Services<br>P. O. Box 15153<br>Wilmington DE 19886 | | | 8/2007<br>Credit Card Purchases | | | | $ 10,611.92 |

Sheet No. 1 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ $ 186,778.78

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re *Jonathan Shack*, Debtor(s)

Case No. ______ (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim Is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 3055<br>Creditor # : 11<br>Citibank<br>Box 6500<br>Sioux Falls SD 57117 | | | 8/1/2009<br>Credit Card Purchases | | | | $ 16,609.53 |
| Account No:<br>Creditor # : 12<br>Res-IL Garden Grove, LLC<br>700 NW 107 Avenue<br>Suite 200<br>Miami FL 33172 | X | | Guarantee of corporate debt | | | | $ 2,792,700.00 |
| Account No:<br>Representing:<br>Res-IL Garden Grove, LLC | | | Realto Capital<br>700 NW 107th Avenue<br>Suite 200<br>Miami FL 33172 | | | | |
| Account No:<br>Representing:<br>Res-IL Garden Grove, LLC | | | Katten Muchin Rosenman LLP<br>525 W. Monroe St.<br>Chicago IL 60661 | | | | |
| Account No: 0196<br>Creditor # : 13<br>Dennis Winkler<br>1300 E. Woodfield Road<br>Suite 220<br>Schaumburg IL 60173 | X | | 2009-2010<br>Legal Bills | | | X | $ 22,444.68 |
| Account No: 0175<br>Creditor # : 14<br>Dennis Winkler<br>1300 E. Woodfield Road<br>Suite 220<br>Schaumburg IL 60173 | X | | 2010<br>Legal Bills | | | X | $ 8,947.00 |

Sheet No. 2 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $ | $ 2,840,701.21 |
| Total $ (Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related | |

B6F (Official Form 6F) (12/07) - Cont.

In re *Jonathan Shack*, Debtor(s)

Case No. ________ (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 15 <br> Donald & Geraldine McLauchlan <br> 416 S. Wisconsin <br> Oak Park IL 60302 | X | | debt of corporation | | | X | $ 100,000.00 |
| Account No: 6300 <br> Creditor # : 16 <br> Evergreen Bank Group <br> 1515 West 22nd Street <br> Suite 100W <br> Oak Brook IL 60523 | X | | 12/2007 <br> Loan | | | | $ 561,602.03 |
| Account No: 0363 <br> Creditor # : 17 <br> First Merit Bank <br> 14701 South LaGrange Road <br> Orland Park IL 60462 | X | | 5/2008 <br> Commercial Loan | | | | $ 5,909,487.09 |
| Account No: 3278 <br> Creditor # : 18 <br> Gremley & Biedermann <br> 4505 N. Elston Ave. <br> Chicago IL 60630 | X | | 4/2010 <br> Debt of corporation | | | X | $ 5,150.00 |
| Account No: <br> Creditor # : 19 <br> Haas Cabinets <br> 625 W. Utica Street <br> Sellersburg IN 47172 | X | | 4/2010 <br> Debt of corporation | | | X | $ 11,372.00 |
| Account No: 1134 <br> Creditor # : 20 <br> Home Depot Credit Services <br> PO Box 183176 <br> Columbus OH 43218-3176 | X | | 2006-2011 <br> debt of corporation | | | X | $ 8,200.00 |

Sheet No. 3 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ $ 6,595,811.12

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re Jonathan Shack, Debtor(s)

Case No. ________ (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 2598<br>Creditor # : 21<br>Hughes Enterprises<br>300 West North Avenue<br>Lombard IL 60148 | X | | 3/2010<br>Debt of corporation | | | X | $ 14,666.54 |
| Account No:<br>Creditor # : 22<br>John Conrad Schiess Architect<br>905 South Home Avenue<br>Oak Park IL 60304 | X | | 2010<br>Debt of corporation | | | X | $ 3,112.39 |
| Account No: 0000<br>Creditor # : 23<br>Kitchen Craft of Canada<br>1180 Springfield Road<br>Winnepeg Manitoba R2C 2Z2 | X | | 3/2010<br>Debt of corporation | | | | $ 9,919.81 |
| Account No:<br>Creditor # : 24<br>Luckyville Management Group<br>905 S. Home Avenue<br>Oak Park IL 60304 | X | | 2010<br>Debt of corporation | | | X | $ 2,250.00 |
| Account No:<br>Creditor # : 25<br>MCCarty Winkler LLP<br>1821 Walden Office Square<br>#400<br>Schaumburg IL 60173 | X | | 3/2010<br>Legal Bills | | | X | $ 22,132.00 |
| Account No: -101<br>Creditor # : 26<br>Metropolis<br>905 South Home Avenue<br>Oak Park IL 60304 | X | | 8/2010<br>Debt of corporation | | | X | $ 18,285.06 |

Sheet No. 4 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ $ 70,365.80

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re *Jonathan Shack* , Case No. ____________
Debtor(s) (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: -101<br>Representing:<br>Metropolis | | | Joshua Salzman<br>813 W. Randolph Street<br>Suite 200<br>Chicago IL | | | | |
| Account No: 4997<br>Creditor # : 27<br>National Construction Rental<br>PO Box 4503<br>Pacoima CA 91333-4503 | X | | 11/2010<br>Debt of corporation | | | X | $ 1,517.69 |
| Account No: 4997<br>Representing:<br>National Construction Rental | | | Brian J. Ferber, Inc.<br>5611 Fallbrook Avenue<br>Woodland Hills CA 91367 | | | | |
| Account No: 4997<br>Representing:<br>National Construction Rental | | | Jonathan Neil & Associates<br>18321 Ventura Blvd.<br>Tarzana CA 91356 | | | | |
| Account No:<br>Creditor # : 28<br>OBX Trading LLC<br>1509 Franklin Ave.<br>River Forest IL 60305 | | | 5/2008<br>Business-related loan | | | | $ 300,000.00 |
| Account No: 1316<br>Creditor # : 29<br>Old World Millworks<br>1085 Peace Road<br>DeKalb IL 60115 | X | | 3/2010<br>Debt of corporation | | | X | $ 99,041.68 |

Sheet No. 5 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ $ 400,559.37

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re *Jonathan Shack*, Debtor(s)

Case No. ________ (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 30<br>Olson Rug & Flooring<br>832 South Central Avenue<br>Chicago IL 60644 | X | | Debt of corporation | | | X | $ 6,925.60 |
| Account No:<br>Representing:<br>Olson Rug & Flooring | | | Teller Levit & Silvertrust PC<br>11 East Adams Street<br>Suite 800<br>Chicago IL 60603 | | | | |
| Account No:<br>Creditor # : 31<br>Quest Design Group, Inc.<br>8106 S. Park Ave.<br>Burr Ridge IL 60527 | X | | 6/2010<br>Debt of corporation | | | X | $ 2,400.00 |
| Account No:<br>Creditor # : 32<br>Richard Schuler<br>726 Franklin<br>River Forest IL 60305 | X | | 10/09<br>Debt of corporation<br>Claim for deposit given to Homescape Builders, Inc. | | | X | $ 26,900.00 |
| Account No:<br>Creditor # : 33<br>Robbins, Salomon & Patt, Ltd.<br>25 E. Washington<br>Suite 1000<br>Chicago IL 60602 | | | 2009-2011<br>Legal Bills | | | | $ 13,506.25 |
| Account No: 4901<br>Creditor # : 34<br>Roy Strom Refuse Removal Serv<br>1201 Greenwood Ave.<br>Maywood IL 60153 | X | | 11/2010<br>Debt of corporation | | | X | $ 1,281.90 |

Sheet No. 6 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ $ 51,013.75

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re *Jonathan Shack* , Case No. ____________
Debtor(s) (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 35<br>Serenity Investments<br>315 N. Euclid<br>Oak Park IL 60302 | X | | 2009<br>Debt of corporation | | | | $ 100,000.00 |
| Account No: 3308<br>Creditor # : 36<br>Sunbelt Rental<br>PO Box 409211<br>Atlanta GA 30384-9211 | X | | 4/2010<br>Debt of corporation | | | X | $ 1,683.44 |
| Account No:<br>Creditor # : 37<br>Theodore Jacob<br>834 N. Harvey<br>Oak Park IL 60302 | X | | 9/07<br>debt of corporation | | | X | $ 20,495.00 |
| Account No: 7335<br>Creditor # : 38<br>Thompson Coburn LLP<br>55 East Monroe Street<br>37th Floor<br>Chicago IL 60603 | X | | 2010<br>Legal Bills | | | | $ 5,933.98 |
| Account No: 6610<br>Creditor # : 39<br>US Bank<br>P.O. Box 790408<br>Saint Louis MO 63179 | | | 8/2009<br>Loan | | | | $ 16,127.72 |
| Account No: | | | | | | | |

Sheet No. 7 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ $ 144,240.14

Total $ $ 10,596,338.19

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6G (Official Form 6G) (12/07)

In re *Jonathan Shack* / Debtor Case No. ____________ (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| Michael and Maura Ward<br>6246 Harvestrise Ct.<br>Columbia MD 21045 | Contract Type: apartment lease<br>Terms: 12 mos. 7/2011 - 6/2012<br>Beginning date: 7/1/2011<br>Debtor's Interest: Lessee<br>Description:<br>Buyout Option: None |

B6H (Official Form 6H) (12/07)

In re *Jonathan Shack* / Debtor Case No. ______________ (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Arbor Vitae<br>c/o Jonathan Shack<br>812 North Blvd<br>Oak Park IL 60301 | Aronberg Goldegehn<br>330 N. Wabash Avenue<br>Suite 1700<br>Chicago IL 60611<br><br>Bryce Downey & Lenkev LLC<br>200 North LaSalle Street<br>Suite 2700<br>Chicago IL 60601<br><br>Dennis Winkler<br>1300 E. Woodfield Road<br>Suite 220<br>Schaumburg IL 60173<br><br>John Conrad Schiess Architect<br>905 South Home Avenue<br>Oak Park IL 60304<br><br>Luckyville Management Group<br>905 S. Home Avenue<br>Oak Park IL 60304<br><br>Metropolis<br>905 South Home Avenue<br>Oak Park IL 60304<br><br>Thompson Coburn LLP<br>55 East Monroe Street<br>37th Floor<br>Chicago IL 60603 |
| Cornerstone Development Ptrs<br>c\o Jonathan Shack<br>812 North Blvd, #201<br>Oak Park IL 6031 | Evergreen Bank Group<br>1515 West 22nd Street<br>Suite 100W<br>Oak Brook IL 60523 |

B6H (Official Form 6H) (12/07)

In re *Jonathan Shack* / Debtor Case No. ____________ (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | MCCarty Winkler LLP<br>1821 Walden Office Square<br>#400<br>Schaumburg IL 60173 |
| Grove & Roosevelt, LLC<br>c\o Jonathan Shack<br>812 North Blvd, #201<br>Oak Park IL 60301 | Res-IL Garden Grove, LLC<br>700 NW 107 Avenue<br>Suite 200<br>Miami FL 33172 |
| | Donald & Geraldine McLauchlan<br>416 S. Wisconsin<br>Oak Park IL 60302 |
| | MCCarty Winkler LLP<br>1821 Walden Office Square<br>#400<br>Schaumburg IL 60173 |
| | Theodore Jacob<br>834 N. Harvey<br>Oak Park IL 60302 |
| Home & South, LLC<br>c\o Jonathan Shack<br>812 North Blvd, #201<br>Oak Park IL 60301 | OBX Trading LLC<br>1509 Franklin Avenue<br>River Forest IL 60305 |
| | Bryce Downey & Lenkev LLC<br>200 North LaSalle Street<br>Suite 2700<br>Chicago IL 60601 |
| | Dennis Winkler<br>1300 E. Woodfield Road<br>Suite 220<br>Schaumburg IL 60173 |
| | First Merit Bank<br>14701 South LaGrange Road<br>Orland Park IL 60462 |
| | Hughes Enterprises<br>300 West North Avenue<br>Lombard IL 60148 |

B6H (Official Form 6H) (12/07)

In re *Jonathan Shack* / Debtor Case No. ______ (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | MCCarty Winkler LLP<br>1821 Walden Office Square<br>#400<br>Schaumburg IL 60173 |
| Home & South, LLC...continued | National Construction Rental<br>PO Box 4503<br>Pacoima CA 91333-4503 |
| | Old World Millworks<br>1085 Peace Road<br>DeKalb IL 60115 |
| | Olson Rug & Flooring<br>832 South Central Avenue<br>Chicago IL 60644 |
| | Serenity Investments<br>315 N. Euclid<br>Oak Park IL 60302 |
| | Sunbelt Rental<br>PO Box 409211<br>Atlanta GA 30384-9211 |
| Homescape Kitchens & Custom Ca<br>c\o Jonathan Shack<br>812 North Blvd, #201<br>Oak Park IL 60301 | Haas Cabinets<br>625 W. Utica Street<br>Sellersburg IN 47172 |
| | Kitchen Craft of Canada<br>1180 Springfield Road<br>Winnepeg Manitoba R2C 2Z2 |
| Homescape Builders, Inc.<br>101 North Marion<br>Oak Park IL 60301 | Chase Bank USA, N. A.<br>P. O. Box 9001022<br>Louisville KY 40290 |
| | Res-IL Garden Grove, LLC<br>700 NW 107 Avenue<br>Suite 200<br>Miami FL 33172 |
| | Gremley & Biedermann<br>4505 N. Elston Ave.<br>Chicago IL 60630 |

B6H (Official Form 6H) (12/07)

In re *Jonathan Shack* / Debtor Case No. ______ (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *Homescape Builders, Inc....continued* | *Home Depot Credit Services*<br>*PO Box 183176*<br>*Columbus OH 43218-3176*<br><br>*Quest Design Group, Inc.*<br>*8106 S. Park Ave.*<br>*Burr Ridge IL 60527*<br><br>*Richard Schuler*<br>*726 Franklin*<br>*River Forest IL 60305*<br><br>*Roy Strom Refuse Removal Serv*<br>*1201 Greenwood Ave.*<br>*Maywood IL 60153*<br><br>*Theodore Jacob*<br>*834 N. Harvey*<br>*Oak Park IL 60302* |

B6I (Official Form 6I) (12/07)

In re *Jonathan Shack* , Debtor(s)    Case No. ______ (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| *Divorced* | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Contractor / Builder* | |
| Name of Employer | *Homescape Builders, Inc.* | |
| How Long Employed | *6 yrs.* | |
| Address of Employer | *101 N. Marion Street*<br>*Oak Park IL 60301* | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 118.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): *short term disability* | $ 24.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 142.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ (142.00) | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ 1,628.21 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 1,628.21 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 1,486.21 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ 1,486.21 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J(Official Form 6J)(12/07)

In re *Jonathan Shack*, Debtor(s)  Case No. ______ (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| Item | Amount |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 1,106.00 |
| a. Are real estate taxes included? Yes ☒ No ☐ | |
| b. Is property insurance included? Yes ☒ No ☐ | |
| 2. Utilities: a. Electricity and heating fuel | $ 95.00 |
| b. Water and sewer | $ 24.00 |
| c. Telephone | $ 0.00 |
| d. Other | $ 0.00 |
| Other | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ 0.00 |
| 4. Food | $ 500.00 |
| 5. Clothing | $ 150.00 |
| 6. Laundry and dry cleaning | $ 25.00 |
| 7. Medical and dental expenses | $ 90.00 |
| 8. Transportation (not including car payments) | $ 140.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| 10. Charitable contributions | $ 200.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $ 35.00 |
| b. Life | $ 210.00 |
| c. Health | $ 0.00 |
| d. Auto | $ 0.00 |
| e. Other | $ 0.00 |
| Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) (Specify) | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $ 0.00 |
| b. Other: | $ 0.00 |
| c. Other: | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other: *Medical* | $ 0.00 |
| Other: | $ 0.00 |
| | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 2,575.00 |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: | |
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a. Average monthly income from Line 16 of Schedule I | $ 1,486.21 |
| b. Average monthly expenses from Line 18 above | $ 2,575.00 |
| c. Monthly net income (a. minus b.) | $ (1,088.79) |

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Jonathan Shack*

Case No.
Chapter 7

______________________________ / Debtor

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $ 0.00 | | |
| B-Personal Property | Yes | 4 | $ 48,243.70 | | |
| C-Property Claimed as Exempt | Yes | 2 | | | |
| D-Creditors Holding Secured Claims | Yes | 1 | | $ 0.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | $ 10,596,338.19 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 4 | | | |
| I-Current Income of Individual Debtor(s) | Yes | 1 | | | $ 1,486.21 |
| J-Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 2,575.00 |
| TOTAL | | 24 | $ 48,243.70 | $ 10,596,338.19 | |

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Jonathan Shack*

Case No.
Chapter 7

______________________________ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re *Jonathan Shack* Case No. ____________
Debtor (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 25 sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: 8/29/2011 Signature ____________________
Jonathan Shack

[If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Form 7 (04/10)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: *Jonathan Shack*

Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not diclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| *2011 year to date: $12,769.22*<br>*2010 last year: $39,245.00*<br>*2009 year before: $109,454.00* | *Employment with Homescape.* |

---

### 2. Income other than from employment or operation of business

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Form 7 (04/10)

### 3. Payments to creditors

None ☒

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ☒

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☒

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

None ☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

None ☒

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Form 7 (04/10)

None ☒ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None ☒ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

None ☒ List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Payee: Richard H. Fimoff<br>Address: 25 East Washington Street<br>Suite 1000, Chicago, IL 60602 | Date of Payment: 7/14/2011<br>Payor: Jonathan Shack | $3,000.00 |
| Payee: Allen Credit & Debt Counseling Agency | Date of Payment: 7/14/2011<br>Payor: Debtor | $35.00 |

### 10. Other transfers

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Transferee: Susan Dowd<br>Address: 538 Byrd Rd.,<br>Riverside, IL 60546<br>Relationship: ex-wife | 5/10<br>divorce | Property:Home<br>Value:$350,000 |
| Transferee: Susan Dowd<br>Address: 538 Byrd Rd.,<br>Riverside, IL 60546<br>Relationship: ex-wife | 5/10<br>divorce | Property:Savings Account<br>Value:$20,000 |

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| *Transferee:Susan Dowd*<br>*Address:538 Byrd Rd, Riverside, IL*<br>*Relationship:ex-wife* | *5/10 divorce* | *Property:Back expenses for the house during separation*<br>*Value:$15,000* |
| *Transferee:Susan Dowd*<br>*Address:538 Byrd Rd., Riverside, IL*<br>*Relationship:ex-wife* | *5/10 divorce* | *Property:Funds from my American Funds IRA*<br>*Value:$15,000* |

None ☒

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

**11. Closed financial accounts**

None ☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☒

List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☐

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| *Debtor:Jonathan Shack* | *Name(s):* | *7/09-7/11* |

Form 7 (04/10)

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| Address:749 N. Harlem Ave, #312, Oak Park, IL 60301 | | |
| Debtor:Jonathan Shack Address:538 Byrd Rd., Riverside, IL 60546 | Name(s): | 6/05-7/09 |

### 16. Spouses and Former Spouses

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

### 17. Environmental Information

None ☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor,
including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None ☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

### 18. Nature, location and name of business

None ☐

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

Form 7 (04/10)

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Homescape Builders Inc. | ID:20-2335286<br>IBT 5518-5134 | c\o Jonathan Shack | Construction | 2/3/2005-present |
| JCS Construction Co. Inc. | ID:36-3850016 | c\o Jonathan Shack | Construction | 8/17/1992 |
| Inner Circle Contracting | ID:36-3710953 | c\o Jonathan Shack | construction | 1990 - present |
| Grove & Roosevelt, LLC | ID:20-5352013 | c\o Jonathan Shack | Real Estate development | 7/12/2006 - present |
| Cornerstone Development Partners LLC | ID:20-2379429 | c\o Jonathan Shack | Real estate development | 2/14/2005 - present |
| Home & South, LLC | ID:26-1962800 | c\o Jonathan Shack | Real estate developement | 12/28/2007- present |
| Homescape Kitchens & Custom Cabinetry, Inc. | ID:26-0558916<br>IBT 3845-8578 | c\o Jonathan Shack | Kitchen design and construction | 7/13/2007 - present |
| Clarence & Roosevelt, LLC | ID:20-2379619 | c\o Jonathan Shack | Real Estate developer | 2/14/2005 - present |
| Garden Grove Townhome Assn. | ID:38-3785526 | c\o Jonathan Shack | HOA | 6/12/2008- present |
| Homeroom, Inc. | ID:27-0880906 | c\o Jonathan Shack | construction | 10/1/2009-1 2/1/2010 |
| Ardor Vitae (not-for-profit) | ID:6749-210-2 | c/o Jonathan Shack | not-for-profit | 4/2010 |
| Homescape Designs, Inc. | ID:27-3337430 | 101 N. Marion St.<br>Oak Park, IL 60301 | Design and Construction | 2010 |

None ☒ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| *Name:Christopher Smith*<br>*Address:2701 Riverwoods Road*<br>*Riverwoods, IL 60015* | *Dates:present* |

None ☒ b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| *Name:Jonathan Shack*<br>*Missing:* | *812 North Blvd, Oak Park, IL 60301* |

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

| NAME | ADDRESS | DATES ISSUED |
|---|---|---|
| *Chase Bank* | | *Dates: various* |
| *Colony Capital* | | *Dates: various* |
| *Evergreen Bank Group* | | *Dates: various* |
| *First Merit Bank* | | *Dates: various* |

**20. Inventories**

None ☒ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☒ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☒ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☒ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

**22. Former partners, officers, directors and shareholders**

None ☒ a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ☒ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distribution by a corporation**

None ☒ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

**24. Tax Consolidation Group.**

None ☒ If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

**25. Pension Funds.**

None ☒ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

Form 7 (04/10)

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date 8/29/2011 Signature of Debtor ______________________

Date ______________ Signature of Joint Debtor (if any) ______________________

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Jonathan Shack*

Case No.
Chapter 7

_______________________ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION

**Part A -** Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No.

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *None* | |

Property will be (check one) :

☐ Surrendered ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain ______________________ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt ☐ Not claimed as exempt

**Part B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No. *1*

| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): |
|---|---|---|
| *Michael and Maura Ward* | | ☒ Yes ☐ No |

### Signature of Debtor(s)

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: *8/29/2011* Debtor: ______________________

Date: ______________ Joint Debtor: ______________________

Rule 2016(b) (8/91)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Jonathan Shack*

Case No.
Chapter 7

/ Debtor

Attorney for Debtor: *Richard H. Fimoff*

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.
2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 3,000.00
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . . $ 3,000.00
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00
3. $ 299.00 of the filing fee in this case has been paid.
4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
   c) Representation of the debtor(s) at the meeting of creditors.
5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
   *None other*
6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   *None other*
7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
   *None*
8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
   *None*

Dated: *8/29/2011*

Respectfully submitted,

X______________________________

Attorney for Petitioner: *Richard H. Fimoff*
*Robbins, Salomon & Patt, Ltd.*
*25 East Washington Street*
*Suite 1000*
*Chicago IL 60602*
*312-782-9000*
*rfimoff@rsplaw.com*

10193 -

Richard H. Fimoff | RSP CHICAGO
Email rfimoff@rsplaw.com
Direct 312.456.0185

**ROBBINS, SALOMON & PATT, LTD.**
*Attorneys at Law*

**WRITER'S DIRECT DIAL: (312) 456-0185**
**WRITER'S E-MAIL: rfimoff@rsplaw.com**

April 18, 2011

VIA EMAIL: jshack@homescape.com

**CONFIDENTIAL - ATTORNEY CLIENT COMMUNICATION**

Mr. Jonathan Shack
479 North Harlem
Oak Park IL 60301

**Re: Representation of Jonathan Shack**

Dear Jonathan:

This letter will confirm that Robbins, Salomon & Patt, Ltd. and I would be pleased to represent you in a Chapter 7 bankruptcy proceeding, on the following terms and conditions:

1. **Services**. Our representation will focus on the filing of a voluntary bankruptcy case for you, including the preparation of the documentation necessary to file the bankruptcy. We will counsel you with respect to your rights and obligations under the Bankruptcy Code, attend your meeting of creditors with you and represent you generally in connection with the bankruptcy proceedings. Our representation will include all matters relating to the bankruptcy, except matters relating to objections to the dischargeability of a particular debt, objections to the granting of a bankruptcy discharge or matters relating to nondischargeable tax obligations.

If you request that we represent you in connection with any objections to the dischargeability of a particular debt, objections to the granting of a bankruptcy discharge, matters relating to nondischargeable tax obligations or other matters, we will do so at our normal hourly

FH0252

R S P
www.rsplaw.com

RSP CHICAGO
25 East Washington St. | Ste. 1000 | Chicago, Illinois 60602
General 312.782.9000 | Fax 312.782.6690

RSP GLENVIEW
2222 Chestnut Ave. | Ste. 101 | Glenview, Illinois 60026
General 847.729.7300 | Fax 847.729.7390

rates, which for me is $450.00 per hour. Rates for other attorneys or paralegals in our firm range from $150.00 to $420.00 per hour.

I will be primarily responsible for handling this matter, and I will assign portions of the work to be performed to other partners, associates and legal assistants of the firm.

2. **Fees and Charges.**

(i) Bankruptcy Fees And Charges. We will provide these services for a fixed fee of $3,000.00, plus court filing fees of $299.00. This payment will satisfy all charges for legal fees, costs and other disbursements incurred in the bankruptcies, except for those matters excluded as detailed above.

This fixed fee is known as an advance payment retainer. The purpose of the retainer is to pay us in advance for our legal services to be rendered to you. We will deposit the retainer into our general account and not into our client trust account. Upon payment, the retainer becomes our immediate property. Withdrawals of funds from the advance payment retainer account will be handled in the following manner: as services are performed. At the conclusion of your legal matter, we will not refund any funds in your advance payment retainer account. The special purpose behind this advance retainer agreement is due to your anticipated bankruptcy. An advance payment retainer is advantageous to you because payment for bankruptcy services must be made prior to the filing of the bankruptcy.

We are requiring that you use an advance retainer agreement, based upon the reasons you have retained us, as set forth above. We will use these funds in furtherance of that representation. The retainer becomes our immediate property and is no longer considered an asset owned by you. The reason we are requiring you to use an advance retainer agreement is any unpaid fees due us would be discharged upon the filing of your bankruptcy.

(ii) Invoices. As representation for your bankruptcy filing is being undertaken for a fixed fee, no detailed invoices will be submitted.

(iii) Payments. Our fixed fee of $3,000.00, plus $299.00 for filing fees is due upon return of this engagement letter. Payments should be made to "Robbins, Salomon & Patt, Ltd."

3. **Discharge and Withdrawal**. You may discharge Robbins, Salomon & Patt, Ltd. and me as your counsel for any reason and at any time; and we may withdraw with your consent

or for good cause. Good cause includes your breach of this agreement (including the failure to pay any amounts due to us), refusal to cooperate with us in our representation or to follow our advice on a material matter (it being understood that nothing herein contained either expressly or implicitly obligates you to follow our advice) or any fact or circumstance that would render our continuing representation unlawful or unethical.

4. **Limitation and Control of Services**. It is understood that the services we will render hereunder are at your express authorization and direction. It is anticipated that such authorization and direction will be given by you orally or in writing.

If the foregoing correctly sets forth the understanding between you and Robbins, Salomon & Patt, Ltd., please execute a copy of this letter as indicated, and return it to us, with a check in the amount of $3,299.00 in payment of our retainer and the filing fees.

We have already provided you with bankruptcy worksheets which you should complete and return to me. Please make sure that the information you provide is complete and accurate. The information you provide will allow us to prepare the necessary documents needed for filing, and determine your qualification to file a Chapter 7 bankruptcy.

Additionally, you will have to take a credit counseling course prior to the filing of your bankruptcy, and a credit education course prior to the entry of your bankruptcy discharge. These courses can be taken on-line or telephonically. You will have to pay a small charge to the credit management company running the course. I provided you a list of qualified providers of these courses from which you can choose.

We look forward to working with you. If you have any questions regarding our engagement, please contact me.

Document Page 47 of 47

ROBBINS, SALOMON & PATT, LTD.
*Attorneys at Law*

Mr. Jonathan Shack
April 18, 2011
Page 4

Please be aware that this letter is intended to create a legally binding agreement pursuant to Illinois law.

Very truly yours,

Robbins, Salomon & Patt, Ltd.

BY: ______________________
Richard H. Fimoff

RHF/slf
encl.

**THE FOREGOING TERMS FOR THE RETENTION OF ROBBINS, SALOMON & PATT, LTD. IS ACCEPTED AND AGREED:**

**Dated:** June 6 **, 2011**

______________________
**JONATHAN SHACK**

FH0252